No. 12–5922. RODRIGUEZ *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 12–5923. CLARK *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–5926. JACKSON *v.* WATFORD. Super. Ct. Rockdale County, Ga. Certiorari denied.

No. 12–5927. LACEY *v.* BRAXTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–5930. MCKINNEY *v.* SHEETS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5933. ALSTON *v.* VOORHIES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5934. SCAGGS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–5936. SMITH *v.* KOERNER ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–5940. CROSS *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 12–5942. MONTGOMERY *v.* BUCHANAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5952. WOLDEGIORGISE *v.* HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 12–5953. SMITHERMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5966. ELAM *v.* LYKOS. C. A. 5th Cir. Certiorari denied.

No. 12–5967. LaCROIX *v.* GREEN MOUNTAIN FINANCIAL FUND, LLC, ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–5974. NALI *v.* PHILLIPS, WARDEN. C. A. 6th Cir. Certiorari denied.